UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

DARRYL LEWIS                                                                                          PLAINTIFF

v.                                                                      CIVIL ACTION NO. 4:11-CV-P26-M

JASON WOOSLEY et al.                                                                           DEFENDANTS

MEMORANDUM OPINION

Defendants Timothy Brooks and Jason Woosley filed a motion to dismiss (DN 49) and a motion for summary judgment (DN 50). When Plaintiff did not respond to either motion during the appropriate response time, the Court allowed Plaintiff an additional 21 days in which to file a response. Plaintiff then filed a letter which the Court interpreted to be a motion to dismiss his claims (DN 56).

Plaintiff stated in that letter that he "can not obtain counsel at all and I do not want the case to hold up future court proceeding." He continued, "I feel that I will sign whatever is need to discard this case now. Please send to me what is needed to discontinue this case today." Plaintiff did not specify whether or not he wished to dismiss this claim with or without prejudice.

Under FED. R. CIV. P. 41(a)(2), where, as here, a defendant already has answered the complaint "an action may be dismissed at Plaintiff's request only by court order, on terms that the court considers proper." For the reasons set forth in the Court's Memorandum Opinion and Order (DN 57), the Court found that a dismissal without prejudice is inappropriate. Therefore, Plaintiff was notified that unless he withdrew his motion to dismiss within 21 days the Court would grant his motion to dismiss and dismiss this case with prejudice. Plaintiff has filed a response in which he indicates his desire to dismiss this civil action with prejudice (DN 58). The

Court therefore will by separate Order dismiss this action with prejudice pursuant to Rule 41(a)(2).

Date: September 20, 2012

                                              Joseph H. McKinley, Jr., Chief Judge
                                              United States District Court

cc:      Plaintiff, *pro se*
          Counsel of record
4414.009

2